**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 31 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOLAN GURDON, AKA Jessie Henson, AKA David Raymond, | No. 15-70364 |
| Petitioner, | Agency No. A042-859-656 |
| v. | MEMORANDUM[*] |
| JEFFERSON B. SESSIONS III, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 23, 2017[**]

Before:    McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges.

Jolan Gurdon, a native and citizen of Jamaica, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for deferral of removal under

the Convention Against Torture ("CAT").  Our jurisdiction is governed by 8

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the agency's denial of deferral of removal under CAT because Gurdon failed to establish it is more likely than not he would be tortured by or with the consent or acquiescence of the government if removed to Jamaica.  *See Zheng v. Holder*, 644 F.3d 829, 835-36 (9th Cir. 2011) (finding that the petitioner's claims of possible torture were speculative and therefore did not compel reversal).  Gurdon's contention that the agency insufficiently considered his CAT claim is not supported by the record.  *See Cole v. Holder*, 659 F.3d 762, 771 (9th Cir. 2011) (the BIA is not required to "discuss each piece of evidence submitted").

**PETITION FOR REVIEW DENIED.**